IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


SAMMY J. BATES                                          Plaintiff

v.                          NO. 4:06CV00266 GTE

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                               Defendant


ORDER


        Defendant has filed a motion to remand this case pursuant to

sentence four of 42 U.S.C. § 405(g) (1995):

        The court shall have the power to enter, upon the pleadings
        and transcript of the record, a judgment affirming,
        modifying, or reversing the decision of the Commissioner of
        Social Security, with or without remanding the cause for a
        rehearing.

        The Commissioner seeks remand for further development of the

record and to issue a new decision.  Defendant advises the Court that

after consulting with Plaintiff, he has no objection to the requested

remand.    Under the circumstances, a sentence four remand is

appropriate.  Buckner v. Apfel, 213 F.3d 1006, 1010-11 (8th Cir.

2000).

        Accordingly, it is hereby

        ORDERED that Defendant's motion to remand (docket #8) is hereby

granted.  All other pending motions are hereby rendered moot.  This

is a "sentence four" remand.  This dismissal is without prejudice to

Plaintiff's subsequent filing for attorney's fees under

the Equal Access to Justice Act.

DATED this 22nd day of August, 2006.


                                    /s/ Garnett Thomas Eisele
                                   UNITED STATES DISTRICT JUDGE