UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SAMMY J. BATES                                                                          PLAINTIFF

Case No. 4:06-C-00266 GTE

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                                            DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Defendant has no objection to Plaintiff's attorney's request for attorney's fees in the amount of $2,055.00.  Therefore, the Court grants Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (Docket #10) be, and it is hereby, GRANTED.  Attorney's Fees in the amount of $ 2,055.00 are hereby awarded, and are to be paid directly to Plaintiff's attorney, Matthew W. Adlong of Brazil, Adlong & Winningham, PLC at 1315 Main Street, Conway, Arkansas 72034.

IT IS SO ORDERED this 15th day of November, 2006.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE