**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SAMMY J. BATES                                                    Plaintiff

v.                                    4:06CV00266 GTE

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                          Defendant

## JUDGMENT

Pursuant to the Order filed in this matter August 22, 2006, it is Considered, Ordered and Adjudged that Defendant's motion for remand is granted and this cause is remanded to the Commissioner for further action.  This is a sentence four remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th  day of November, 2006.


/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE